IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLARENCE FRAZIER,
    Plaintiff,

vs.                                No. 19-1312-JTM

CORY HICKS and CEDAR CREEK, LLC,
    Defendants.

MEMORANDUM AND ORDER

Pursuant to the Suggestion of Death (Dkt. 9) and upon agreement of the parties, the court accepts and adopts the recommendation of the Magistrate Judge (Dkt. 15), and accordingly defendant Cory Hicks is dismissed from this case and he shall be removed from all future pleadings.

IT IS SO ORDERED this day of March, 2020.

*J. Thomas Marten*
J. Thomas Marten, Judge